UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JACEK BETKOWSKI,

          Petitioner,

    v.

ROY L. HENDRICKS, et al.,

          Respondents.

Civil Action No. 11-0994 (JLL)

O R D E R

    Petitioner has presented for filing the instant application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an application to proceed in forma pauperis. Petitioner names Roy Hendricks as the Warden of the Essex County Correctional Facility, where he is detained, as a respondent. However, he also names numerous, unnecessary Immigration and Customs Enforcement employees. See Yi v. Maugans, 24 F.3d 500, 507 (3d Cir. 1994)(the warden of the facility in which Petitioner is confined is an indispensable party for want of whose presence the petition must be dismissed).

    Based upon Petitioner's affidavit of indigence,

    IT IS on this __16__ day of __MARCH__, 2011;

    ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted; it is further

    ORDERED that the Clerk of the Court shall terminate all respondents from this matter except Roy Hendricks; and it is further

ORDERED that the Clerk shall serve a copy of the Petition and this Order by certified mail, return receipt requested, upon Respondent; and it is further

ORDERED the Clerk shall forward, electronically or by regular mail, a copy of the Petition and this Order to the Chief, Civil Division, United States Attorney's Office, 970 Broad Street, Room 700, Newark, NJ 07102; and it is further

ORDERED that, within 45 days of the date of the entry of this Order, Respondent shall electronically file an answer which responds to the allegations of the Petition paragraph by paragraph; and it is further

ORDERED that the answer shall state the statutory authority for Petitioner's detention, see 28 U.S.C. § 2243; and it is further

ORDERED that Respondent shall electronically file with the answer certified copies of the administrative record and all documents relating to Petitioner's claim; and it is further

ORDERED that, within 30 days of receipt of the answer, Petitioner shall file and serve a reply to the answer; and it is further

ORDERED that, within 7 days of Petitioner's release, be it on parole or otherwise, Respondent shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall also serve this Order on Petitioner by regular mail.

```
                                    _____
                                    JOSE L. LINARES
                                    United States District Judge
```